AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**FRANCISCO ALBERT MARTE**
**ISMAEL RODRIGUEZ**
**ISABEL CESAR**

(Name and Address of Defendant)

# CRIMINAL COMPLAINT

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __NOVEMBER 20, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __DETECTIVE KING WATTS__ , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**DETECTIVE KING WATTS**
**NARCOTICS & SPECIAL INVESTIGATION**
**DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                                             City and State

_____        _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**STATEMENT OF FACTS**

      On November 20, 2007, a confidential informant (C#1) contacted an officer working with the Metropolitan Police Department's Narcotics and Special Investigation Division and informed the officer that a subject, later identified as Cesar Isabel, told the CI that he was working with several subjects that wanted to sell several kilograms of cocaine. Defendant Isabel offered to arrange the purchase of two to three kilograms of cocaine. CI# and defendant Isabel met in Prince George's County, and sometime later, defendant Isabel informed CI#, that he was ready to sell the kilogram of cocaine. CI#1 arranged with defendant Isabel for Isabel to deliver a kilogram of cocaine to CW#2 in the District of Columbia.

      CI#1 and Isabel drove to the arranged meeting place. Defendants Francisco Marte and Ismael Rodriguez followed them in a separate vehicle. At the meeting place All three defendants and CI#1 got out of the vehicles they had arrived in, and entered an unmarked police vehicle occupied by CI#2.. While the two CIs and the three defendants were in the vehicle, they discussed the price for the cocaine. Defendants Marte and Rodriguez asked CI#2 to show them $26,000.00, the agreed upon purchase price. CI#2 refused to show the money without seeing the kilogram of cocaine. Defendant Rodriguez got out of CI#2's vehicle, reached in the vehicle he had arrived in, and took out a red bag containing one kilogram of powdered cocaine. Defendant Rodriguez handed the bag to defendant Marte, who then gave it to CI#2. CI#1 gave the arrest signal to arrest teams. As officers approached, all three defendants ran. All three were stopped and officers placed them under arrest. Officers recovered the red bag, and a portion of the white powder substance field tested positive for cocaine. The approximate weight of the white powder substance was 1023 grams.

                    DETECTIVE KING WATTS
                      NARCOTICS & SPECIAL INVESTIGATION
                      DIVISION, METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF NOVEMBER, 2007.


                      U.S. MAGISTRATE JUDGE