UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
| : | |
| v.  : | CRIM. No. 07-mj-00585-03(AK) |
| : | |
| ISABEL CESAR  : | |
| T/N CESAR ISABEL,  : | |
| **Defendant**  : | |

## NOTICE OF APPEARANCE

TO: The clerk of this court and all parties of record:

You are hereby notified that I appear for the defendant indicated above in the entitled action pursuant to appointment under the Criminal Justice Act, *Nunc Pro Tunc* to November 21, 2007.

Respectfully submitted,

/s/
_____
Mitchell M. Seltzer
Bar #261933
Counsel for Cesar Isabel
717 D Street, N.W. #310
Washington, D.C. 20004
(202) 347-2333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically upon the United States Attorney's Office this ___20th___ day of December 2007.

/s/
_____