**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIM.  No. 07-mj-00585-03(AK)** |
| | : | |
| **ISABEL CESAR** | : | |
| **T/N CESAR ISABEL,** | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the defendant's Motion To Dismiss, and the entire record

in this case, it is hereby

**ORDERED** that the complaint against the defendant be **DISMISSED**; and it is

further

**ORDERED** that the Department of Corrections shall immediately release the

defendant from custody.

_____
Magistrate Judge
United States District Court for the District
of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIM. No. 07-mj-00585-03(AK)** |
| : | |
| **ISABEL CESAR** : | |
| **T/N CESAR ISABEL,** : | |
| **Defendant** : | |

## <u>ORDER</u>

Upon consideration of the defendant's Motion To Dismiss, and the entire record in this case, it is hereby

**ORDERED** that the complaint against the defendant be **DISMISSED**; and it is further

**ORDERED** that the Department of Corrections shall immediately release the defendant from custody.

_____
Magistrate Judge
United States District Court for the District
of Columbia