UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. No. 07-mj-00585-03(AK) |
| : | |
| ISABEL CESAR : | |
| T/N CESAR ISABEL, : | |
| Defendant : | |

## MOTION TO DISMISS

The defendant, through undersigned counsel, hereby moves to dismiss the complaint pending against him, and that he be immediately released from custody, as the Government has failed to return an indictment within 30 days as mandated by the Speedy Trial Act. 18 U.S.C. Sect. 3161 (b). In support of this motion, the defendant states the following:

1. The defendant was arrested on November 20, 2007; on November 21, 2007 he was presented on a criminal complaint that charged him with a violation of 21 U.S.C. Sect. 841(a)(1). On November 27, 2007, after a combined preliminary and detention hearing, the government's motion for pretrial detention was granted. As such, the defendant has been in custody since his arrest.

2. The Speedy Trial Act mandates that the defendant be indicted within 30 days of his arrest. 18 U.S.C. Sect. 3161 (b). The Government has failed to meet this time limit, as no indictment has yet been returned against Mr. Isabel, and the case must therefore be dismissed.

**WHEREFORE**, the defendant moves that his motion be granted, that the charges

2

against him be dismissed, and that he be immediately released from custody.

Respectfully submitted,

/s/
_____
Mitchell M. Seltzer
Bar #261933
Counsel for Cesar Isabel
717 D Street, N.W. #310
Washington, D.C. 20004
(202) 347-2333

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE has been served electronically upon the United States Attorney's Office this ___21st___ day of December 2007.

/s/
_____

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | CRIM. No. 07-mj-00585-03(AK) |
| : | |
| **ISABEL CESAR** : | |
| **T/N CESAR ISABEL,** : | |
| **Defendant** : | |

### ORDER

Upon consideration of the defendant's Motion To Dismiss, and the entire record in this case, it is hereby

**ORDERED** that the complaint against the defendant be **DISMISSED**; and it is further

**ORDERED** that the Department of Corrections shall immediately release the defendant from custody.

_____
Magistrate Judge
United States District Court for the District of Columbia